# United States District Court
## Southern District of Georgia

FRANK D. MONSEGUE, SR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-239

JUDGE WILLIAM T. MOORE, *et al.*

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered on March 7, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Consequently, the Court DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint and DENIES as moot all of Plaintiff's pending motions. This case stands closed.

Approved by: _____

March 13, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk